USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___4/17/26___

**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7140**

WRITER'S EMAIL ADDRESS
**marcgreenwald@quinnemanuel.com**

April 14, 2026

**Via ECF**

Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Henry Gonzalez*, 1:25-cr-00521-ALC-1; Request to modify conditions of home detention.

Dear Judge Carter:

We write respectfully seeking two modifications of Henry Gonzalez's conditions of home detention. Mr. Gonzalez is currently on home detention at 370 Brook Avenue Apt #4F, Bronx, New York 10454, his brother's residence, and, as relevant below, his wife's apartment is located at 244 Prentiss Ave., Bronx, New York 10465.

*First*, we request that Mr. Gonzalez's conditions be modified to remove the location monitoring requirement on April 24, 2026, so that he can turn in his location monitoring equipment on that date to prepare for surrendering directly to his designated facility on April 27, 2026. Pretrial Services requested that we make this application and we have conferred with the Government who has no objections to this request.

*Second*, we request that Mr. Gonzalez's conditions of home detention be modified to permit him to spend the weekend from 6 PM Friday April 17, 2026 to 10 PM Sunday April 19, 2026, at his wife's apartment celebrating his son's first birthday. Mr. Gonzalez's son's birthday is in early May but the family is planning an earlier celebration so that Mr. Gonzalez can join before he is required to surrender on April 27, 2026, and Mr. Gonzalez wishes to spend one final weekend with his wife and family before he serves his 10-year term of incarceration.

Pretrial Services has informed us that it objects to Mr. Gonzalez's request to spend the weekend with his family based on its standard policy, though it notes Mr. Gonzalez is in full compliance with the conditions of his pretrial release. The Government has informed us that it defers to Pretrial Services.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Mr. Gonzalez was arrested June 2, 2025, and charged in a complaint dated June 3, 2025, with violations of 21 U.S.C. §§ 812, 841, and 846 and 18 U.S.C. § 924(c)(1)(A)(i) and presented before Judge Figueredo.  Mr. Gonzalez was released the same day on a $100,000 personal recognizance bond co-signed by three financially responsible persons.  As an additional condition, Mr. Gonzalez was placed under home incarceration at his mother's home.  On November 6, 2025, Mr. Gonzalez appeared before this Court, waived his right to proceed via indictment, and entered a guilty plea as to Count 1 of the information.  On March 10, 2026, Mr. Gonzalez appeared before the Court for sentencing and was sentenced to a term of 120 months' imprisonment.  Mr. Gonzalez is scheduled to surrender for his sentence on April 27, 2026.

This request is Mr. Gonzalez's seventh for a modification to his home detention.  On November 7, 2025, this Court granted Mr. Gonzalez an exception to visit his mother in the hospital while she was recovering from back surgery.  ECF No. 35.  On December 19, 2025, this Court granted Mr. Gonzalez an exception to spend Christmas Day with his family.  ECF No. 45.  On January 15, 2026, this Court granted Mr. Gonzalez an exception for a one-time visit to his mother while she recovered from back surgery.  ECF No. 49  On January 29, 2026, this Court granted Mr. Gonzalez an exception for weekly visits to his mother to assist her while she recovers from back surgery. ECF No. 51.  On March 2, 2026, this Court granted Mr. Gonzalez an exception to spend his last weekend before the sentencing hearing with his wife and children at his wife's apartment to celebrate Mr. Gonzalez's birthday.  ECF No. 58.  Finally, on April 1, 2026, this Court granted Mr. Gonzalez an exception to spend Easter Sunday with his family.  ECF No. 67.

Mr. Gonzalez was previously on home incarceration until Judge Figueredo, on September 29, 2025, reduced that condition to home detention at the suggestion of Pretrial Services.  *See* ECF No. 26.  While on home incarceration, Mr. Gonzalez sought and received four modifications to his conditions of confinement.  Mr. Gonzalez sought to attend a July 28, 2025 marriage license appointment and was granted permission by Judge Wang on July 25, 2025.  *See* ECF No. 15.  Mr. Gonzalez sought permission to attend an August 4, 2025 hearing on a traffic violation and was granted permission by Judge Aaron on August 1, 2025.  *See* ECF No. 20.  He also requested to attend weekly church services and was granted permission by Judge Netburn on September 4, 2025. *See* ECF No. 22.  Mr. Gonzalez also separately requested to change the location of his home incarceration from his mother's apartment to that of his brother, which Judge Figueredo granted on September 9, 2025.  *See* ECF No. 25.

As Mr. Gonzalez has been fully compliant with all conditions of his release, we respectfully request that this Court grant two modifications to Mr. Gonzalez's conditions of home detention: (1) that his condition for location monitoring be removed on April 24, 2026, so that he can return the location monitoring equipment in advance of his surrender date; and (2) that he be permitted to spend this weekend, from 6PM Friday April 17, 2026 to 10 PM Sunday April 19, 2026, at his wife's apartment at 244 Prentiss Ave., Bronx, New York 10465 to celebrate his son's first birthday.


Respectfully submitted,

*/s/ Marc Greenwald*

Marc Greenwald

cc:    AUSA Connie Dang via email

      Pretrial Services Officer Francesca Piperato via email

The entire application is **GRANTED**.

So Ordered.

4/17/26